EXHIBIT "A"



**Bulletin No.:** PIT5722
**Published date:** 12/5/2019

# Preliminary Information

## PIT5722 Unwanted Radio Volume Ramp Up To Max

### Models

| Brand: | Model: | Model Years: | VIN: from | VIN: to | Engine: | Transmissions: |
|---|---|---|---|---|---|---|
| Chevrolet | Colorado | 2019 | All | All | All | All |
| Chevrolet | Equinox | 2019 | All | All | All | All |
| Chevrolet | Silverado 1500 | 2019 | All | All | All | All |
| GMC | Canyon | 2019 | All | All | All | All |
| GMC | Sierra 1500 | 2019 | All | All | All | All |

| | |
|---|---|
| Involved Region or Country | North America |
| Additional Options (RPO) | Equipped with IOR radio RPO |
| Condition | The radio volume may ramp up to maximum without input to the volume controls. It can be turned down. |
| Cause | This may be caused by a software anomaly. |

**Correction:**
Engineering is analyzing the issue. Please do not replace any parts for this concern. Additional information will be made available once analysis is complete.

### Warranty Information

For vehicles repaired under the Bumper-to-Bumper coverage (Canada Base Warranty coverage), use the following labor operation. Reference the Applicable Warranties section of Investigate Vehicle History (IVH) for coverage information.

| Labor Operation | Description | Labor Time |
|---|---|---|
| 3486968 | IOR Radio Volume Ramp Up | 0.3 HR |
| *This is a unique Labor Operation for Bulletin use only. | | |

### Version History

| Version | 1 |
|---|---|
| Modified | 12/05/2019 - Created on |

EXHIBIT "A"



© 2020 General Motors. All Rights Reserved.